| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| | **HANSEN & POULOS, LLP** |
| 2 | TERENCE S. COX (SBN 076142) |
| | MARC T. CEFALU (SBN 203324) |
| 3 | 190 The Embarcadero |
| | San Francisco, CA  94105 |
| 4 | Telephone No.: 415-438-4600 |
| | Facsimile No.: 415-438-4601 |
| 5 | |
| 6 | **U.S. DEPARTMENT OF JUSTICE** |
| | TONY WEST |
| | Assistant Attorney General |
| 7 | R. MICHAEL UNDERHILL |
| | Attorney in Charge, West Coast Office |
| 8 | Torts Branch, Civil Division |
| | P.O. Box 36028 |
| 9 | 450 Golden Gate Avenue, Room 7-5395 |
| | San Francisco, CA  94102-3463 |
| 10 | Telephone No.: (415) 436-6648 |
| | Facsimile No.: (415) 436-6632 |
| 11 | Email: mike.underhill@usdoj.gov |
| 12 | Attorneys for Defendant |
| | UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LANCE LEAVEY, | ) | Case No.:  C09-3104-MHP |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, the parties to this action have agreed to a settlement of all claims;

///

///

///

///

///

ASM.Leavey/2723

-1-   Case No. C09-3104-MHP

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that this action be dismissed with prejudice pursuant to FRCP 41(a)(1) with each party to bear their own costs and attorneys fees.  Endorsement of this agreement may be by counterpart signatures.

Dated:  April 29, 2010                     LAW OFFICES OF LYLE C. CAVIN JR.
                                           Attorneys for Plaintiff LANCE LEAVEY


By:   /S/ Alfred G.  Johnson
        Alfred G. Johnson


Dated:  April 29, 2010                     COX, WOOTTON, GRIFFIN,
                                           HANSEN & POULOS, LLP
                                           Attorneys for Defendant
                                           UNITED STATES OF AMERICA


By:   /S/ Marc T. Cefalu
        TERENCE S. COX
        MARC T. CEFALU


TONY WEST
Assistant Attorney General
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division

Attorneys for Defendant
United States of America

4/30/2010

**IT IS SO ORDERED**
*Judge Marilyn H. Patel*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO,
CA  94105
TEL: 415-438-4600
FAX: 415-438-4601

ASM.Leavey/2723

-2-
STIPULATION OF DISMISSAL
Case No. C09-3104-MHP